IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYWAN D. ADAMS,  )<br>        Petitioner,  )<br>  )<br>    v.    )<br>  )<br>  )<br>ERIC TICE, et al,  )<br>        Respondents.  )<br>  ) | Case No. 1:18-CV-396 |

**MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on January 15, 2019 and was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On September 29, 2020, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the petition for writ be denied. ECF No. 24. Judge Lanzillo concluded that because the grounds raised in the petition were not exhausted, the petition should be denied.

The Report and Recommendation was sent to Petitioner's address of record and returned nearly two months later, unable to be forwarded. It is Petitioner's responsibility to provide the Court with a current mailing address, which he did not do.

After *de novo* review of the petition for writ of habeas corpus and the filings in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 31st day of December, 2020;

1

IT IS ORDERED that the petition for writ of habeas corpus is dismissed as the claims raised therein are not exhausted.

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on September 29, 2020 [ECF No. 24] is adopted as the opinion of the Court.

The Clerk of Court is directed to close this case.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge